UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 07-24785 JHW

Debtor: Elliot & Jewelene Boyce

| Check Number | Creditor | Amount |
|---|---|---|
| 1693952 | PHH Mortgage Corporation | 1775.37 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   June 8, 2010